[No. 41996-0-I.    Division One.    March 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY ALLEN LINN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01262-2, Charles S. French, J., entered December 26, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 42033-0-I.    Division One.    March 29, 1999.]

LINDA LEE, *Respondent*, v. BRIAN J. BRENTWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-08019-1, Linda C. Krese, J., entered December 17, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 42115-8-I.    Division One.    March 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS ARROYO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08021-1, Steven G. Scott, J., entered February 2, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42146-8-I.    Division One.    March 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE L. MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08318-1, Brian D. Gain, J., entered February 17, 1998. *Affirmed* by unpublished per curiam opinion.